Wednesday, October 26, 2011

Misc. No. 12–8004/AF.   In re Andrew P. Witt, Senior Airman (E–4), United States Air Force, and Matthew E. Takara, Senior Airman (E–4), United States Air Force, Petitioners v. The United States, and United States Air Force Court of Criminal

Appeals, Respondents. On consideration of the petition for extraordinary relief in the nature of a writ of prohibition, it is ordered that said petition is hereby denied.